UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUPE CHRISTINA DURAN, | Case No. 3:26-cv-00076-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL HAGELSIEB, *et al.*, | |
| Defendant. | |

*Pro se* Plaintiff Lupe Christian Duran filed a civil complaint (ECF No. 1-1 ("Complaint")), a motion to amend the Complaint (ECF No. 4 ("Motion")), and a motion to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")). Before the Court is the Report and Recommendation (ECF No. 5 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court grant the IFP Application, grant the Motion, dismiss the Complaint, and grant partial leave to amend. Plaintiff had until April 28, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct *de novo* review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney screens the Complaint under 28 U.S.C. § 1915(e) and recommends dismissing the Complaint. (ECF No. 5 at 2.) The Court agrees that Plaintiff's unlawful detention claim under 10 U.S.C. § 897 must be dismissed with prejudice since the provision only applies to the military. (*Id.* at 4.) The Court also agrees with Judge Denney that Plaintiff's Fourth Amendment claim stemming from her six-month detention in 2010 is barred by the statute

of limitations. (*Id.* at 5.) Judge Denney then addresses Plaintiff's allegations against the Diocese defendants who she seeks to add to this action through the Motion. (ECF Nos. 5 at 4; 4.) The Court agrees with Judge Denney that Plaintiff does not identify a federal cause of action against these defendants. (*Id.*) The Court will therefore grant Plaintiff leave to amend her claim against these Diocese defendants outlined in her Motion to identify some basis for the Court's jurisdiction over them. Finally, the Court agrees with Judge Denney that Plaintiff's submitted financial information indicates Plaintiff cannot prepay the filing fee and therefore the Court will grant the IFP Application. (ECF No. 1.)

It is therefore ordered that Judge Denney's R&R (ECF No. 5) is accepted and adopted in full.

It is further ordered that Plaintiff's IFP Application (ECF No. 1) is granted.

It is further ordered that the Clerk of Court kindly file the Complaint (ECF No. 1-1) and send Plaintiff the form and instructions for filing a non-prisoner civil right complaint.

It is further ordered that the motion to amend the Complaint (ECF No. 4) is granted.

It is further ordered that the Complaint is dismissed with prejudice as to Plaintiff's Section 897 claim and her constitutional claims arising from her 2010 detention and without prejudice as to Plaintiff's claims against the Diocese defendants.

It is further ordered that Plaintiff is granted leave to amend her Complaint as to the Diocese defendants by June 12, 2025. Plaintiff is advised that the amended complaint must be complete in and of itself without referring to or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the Court. Plaintiff is advised that the amended complaint must contain this case number in the caption and be titled "Amended Complaint." If Plaintiff fails to timely file an amended complaint, this action will be dismissed without prejudice.

DATED THIS 13th Day of May 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2